# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-00188-RJC-DSC

| | |
|---|---|
| ANABEL SOLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) |
| | ) |
| THE HARTFORD FINANCIAL | ) |
| SERVICES GROUP INC. et. al., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Lee H. Ogburn and William J. Harrington]" (documents #5-6) filed April 3, 2020. For the reasons set forth therein, the Motion[s] will be granted

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: April 3, 2020

David S. Cayer
United States Magistrate Judge